# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNA MARIE BAPISTA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.: 1:18-cv-0844 - JLT<br><br>ORDER GRANTING DEFENDANT'S REQUEST FOR AN EXTENSION OF TIME<br><br>(Doc. 8) |

On November 15, 2018, the parties filed a stipulation for Plaintiff to have an extension of time to serve a confidential letter brief. (Doc. 8) Notably, the Scheduling Order allows for a single extension of thirty days by the stipulation of the parties (Doc. 3 at 4), and this is the first extension requested by either party. Accordingly, the Court **ORDERS:**

　　1.　　The request for an extension of time (Doc. 8) is **GRANTED**; and

　　2.　　Plaintiff **SHALL** serve a confidential letter brief no later than **December 29, 2018**.

IT IS SO ORDERED.

　Dated:　**November 15, 2018**　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE